IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                      CRIMINAL ACTION NO. 1:08cr24HSO-JMR-001

ROGER JOSEPH WILLIAMS

ORDER MODIFYING MONTHLY RESTITUTION PAYMENTS

THIS MATTER is before the Court on the recommendation of the United States Probation Office, for a reduction in defendant Roger Joseph Williams monthly restitution payments. The Court, being fully advised of the defendant's current financial status by the United States Probation Office, finds at this time that the defendant is incapable of paying the $750 per month restitution payment as previously imposed by this Court on November 19, 2008.

As this Court agrees with the recommendation of the United States Probation Office, it is ORDERED AND ADJUDGED that the monthly restitution payments, due and owed by the defendant, Roger Joseph Williams, are hereby reduced to no less than $61.75 per month.

SO ORDERED this the 11th Day of August, 2011

UNITED STATES DISTRICT JUDGE